BECK, RESPONDENT, *v.* NORTHERN PACIFIC RAIL-
ROAD COMPANY, APPELLANT.

[Submitted May 13, 1896. Decided May 26, 1896.]

See *syllabus* and opinion in *Moore* v. *Northern Pacific Railroad Company*, ante, page 290

*Appeal from Ninth Judicial District, Gallatin County.*

*Cullen & Toole* and *Fred M. Dudley*, for Appellant.

*Hartman Bros. & Stewart*, for Respondent.

PER CURIAM.—The record in this case presents exactly the
same facts, issues and questions involved in *Colburn* v.
*Northern Pacific R. R. Co.*, 13 Mont. 476, and *Moore* v.
*Northern Pacific R. R. Co.*, just decided. Upon the authority
of these cases the judgment appealed from in this case is af-
firmed.

*Affirmed.*

---

VOGEL, RESPONDENT, *v.* NORTHERN PACIFIC RAIL-
ROAD COMPANY, APPELLANT.

[Submitted May 13, 1896. Decided May 25, 1896.]

See *syllabus* and opinion in *Moore* v. *Northern Pacific Railroad Company*, ante. page 290

*Appeal from Ninth Judicial District, Gallatin County.*

*Cullen & Toole* and *Fred M. Dudley*, for Appellant.

*Hartman Bros. & Stewart*, for Respondent.

PER CURIAM.—The record in this case presents exactly the
same facts, issues and questions involved in *Colburn* v. *North-
ern Pacific R. R. Co.*, 13 Mont. 476, and *Moore* v. *Northern
Pacific R. R. Co.* just decided. Upon the authority of these
cases the judgment appealed from in this case is affirmed.

*Affirmed.*